IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gonzalez, Jose P | Case Number: 05 B 28601 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 7/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 30,804.52 | |
| Secured: | | 25,971.01 |
| Unsecured: | | 1,361.47 |
| Priority: | | 0.00 |
| Administrative: | | 1,803.20 |
| Trustee Fee: | | 1,668.84 |
| Other Funds: | | 0.00 |
| Totals: | 30,804.52 | 30,804.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,803.20 | 1,803.20 |
| 2. | General Motors Acceptance Corp | Secured | 25,971.01 | 25,971.01 |
| 3. | General Motors Acceptance Corp | Unsecured | 7,715.31 | 1,361.47 |
| 4. | American Agencies | Unsecured | | No Claim Filed |
| 5. | Capital One | Unsecured | | No Claim Filed |
| 6. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 7. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 8. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 9. | River West Smile Center | Unsecured | | No Claim Filed |
| 10. | Healthsouth | Unsecured | | No Claim Filed |
| 11. | United Healthcare | Unsecured | | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 13. | Discover Financial Services | Unsecured | | No Claim Filed |
| 14. | St Elizabeth's Hospital | Unsecured | | No Claim Filed |
| | | | $ 35,489.52 | $ 29,135.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 498.33 |
| 5% | 135.90 |
| 4.8% | 260.93 |
| 5.4% | 538.12 |
| 6.5% | 235.56 |
| | $ 1,668.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Gonzalez, Jose P

Printed: 01/06/09

Case Number:  05 B 28601
Judge:  Wedoff, Eugene R
Filed:  7/19/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

